

```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         JUN - 6 2017

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA17-0188M |
| MARIA ENGLISH  DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of  _Defendant_ , IT IS ORDERED that a detention hearing is set for _June 7, 2017_ , _____, at _2:00_  ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _June 6, 2017_        _Douglas F. McCormick_
                             U.S. ~~District Judge~~/Magistrate Judge